UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Innovatio IP Ventures, LLC
                                                    Plaintiff,

v.                                                                              Case No.: 1:16−cv−09452
                                                                             Honorable Elaine E. Bucklo

Quantenna Communications, Inc.
                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 27, 2018:

      MINUTE entry before the Honorable Elaine E. Bucklo:A notice of dismissal having been filed, Quantenna Communications, Inc., Case No. 1:16−cv−09452, is dismissed with prejudice. Each party shall bear its own costs and attorneys fees. All pending dates before this court are stricken. Civil case terminated. MDL Closing order of member case. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.